IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| RANDY BRIGHT, VINCENT THOMPSON, RANDILYN CAMERON-MOXHET, WANDA GEORGE, THOMAS MARTIN III, JENNIFER CRAWFORD, ANGELA WOODWARD, ARCHIE LAMBERT, DENISE SANTACROCE, JEFF TRIVETT, KATHY LANEY, KEN GROVER, AND ROBERTA REYNOLDS,<br><br>Plaintiffs,<br><br>v.<br><br>ORANGE LAKE COUNTRY CLUB, INC. and OLCC SOUTH CAROLINA LLC,<br><br>Defendants. | C.A. No. 4:13-cv-01877-RBH<br><br>**ORDER**<br>**APPROVING SETTLEMENT** |

This matter comes before the Court pursuant to the Joint Motion for Approval of Settlement Agreement and Dismissal of the claims made by and between Plaintiff Angela Woodard ("Plaintiff") and Defendants Orange Lake Country Club, Inc. and OLCC South Carolina, LLC ("Defendants") (collectively referred to herein as "Parties"). The Parties are each represented by counsel. The settlement is presented to the Court for approval because Plaintiff asserted claims under the Fair Labor Standards Act. Defendants contest the factual and legal bases for Plaintiff's claims, and thus the Court finds that a bona fide dispute exists as to liability in this action. Having fully considered both the joint motion and the Settlement Agreement, the Court finds that the joint motion is meritorious and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED** that the Joint Motion for Approval of Settlement Agreement and Dismissal of Plaintiff Woodard's Claims with Prejudice is hereby

**GRANTED**. The Court hereby **APPROVES** the settlement reached by the Parties in this matter. **IT IS FURTHER ORDERED**, **ADJUDGED** and **DECREED**, that, except for Plaintiff's claims for attorney's fees, all claims by Plaintiff Woodard in the above-captioned case against Defendants are hereby dismissed *with prejudice*, as settled.[1] All Plaintiffs must file their motion for attorney's fees within fourteen days from the date of entry of this order pursuant to Rule 54(d)(2) of the Federal Rules of Civil Procedure and the applicable local rules.[2]

    **IT IS SO ORDERED.**

                                          s/ R. Bryan Harwell
                                          R. Bryan Harwell
                                          United States District Judge

May 20, 2014
Florence, South Carolina

---

[1] Plaintiff Woodard was the only remaining Plaintiff with a unsettled claims. With the exception of their claims for attorney's fees, all of Plaintiffs' claims have now been settled and dismissed *with prejudice*.

[2] Plaintiffs and Defendants shall consult with each other to attempt to reach an agreement on the issue of attorney's fees prior to filing a motion for attorney's fees. The Court notes that Plaintiffs and Defendants should review its recent ruling on a motion for attorney's fees in *Pelczynski v. Orange Lake County Club, Inc.*, No. 4:11-cv-01829-RBH (D.S.C. May 20, 2014), a related case involving the same attorneys, for any guidance it may give them.