IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| RANDY BRIGHT, VINCENT THOMPSON, RANDILYN CAMERON-MOXHET, WANDA GEORGE, THOMAS MARTIN III, JENNIFER CRAWFORD, ANGELA WOODWARD, ARCHIE LAMBERT, DENISE SANTACROCE, JEFF TRIVETT, KATHY LANEY, KEN GROVER, AND ROBERTA REYNOLDS,<br><br>Plaintiffs,<br><br>v.<br><br>ORANGE LAKE COUNTRY CLUB, INC. and OLCC SOUTH CAROLINA LLC,<br><br>Defendants. | C.A. No. 4:13-cv-01877-RBH<br><br>**ORDER APPROVING SETTLEMENT ON ATTORNEYS' FEES AND COSTS** |

This matter comes before the Court pursuant to the Joint Motion for Approval of Settlement Agreement Regarding Attorneys' Fees and Dismissal of Lawsuit with Prejudice made by and between Plaintiffs Randy Bright, Vincent Thompson, Randilyn Cameron-Moxhet, Wanda George, Thomas Martin III, Jennifer Crawford, Angela Woodard, Archie Lambert, Denise Santacroce, Jeff Trivett, Kathy Laney, Ken Grover, and Roberta Reynolds ("Plaintiffs") and Defendants Orange Lake Country Club, Inc. and OLCC South Carolina, LLC ("Defendants") (collectively referred to herein as "Parties"). The Parties are each represented by counsel. The settlement is presented to the Court for approval because Plaintiffs asserted claims under the Fair Labor Standards Act. Having considered the joint motion, the Settlement Agreement, and the factors outlined in *Barber v. Kimbrell's Inc.*, 577 F.2d 216, 226 (4th Cir. 1978), the Court finds that the amount of attorneys' fees agreed to by the Parties represents a reasonable amount of fees for this lawsuit.

**IT IS, THEREFORE, ORDERED**, that the Joint Motion for Approval of Settlement Agreement Regarding Attorneys' Fees and Dismissal of Lawsuit with Prejudice is hereby **GRANTED**. The Court hereby **APPROVES** the settlement reached by the Parties in this matter. **IT IS FURTHER ORDERED**, **ADJUDGED** and **DECREED**, that all claims by Plaintiffs in the above-captioned case against Defendants, including claims for attorneys' fees, are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

> s/ R. Bryan Harwell
> R. Bryan Harwell
> United States District Judge

May 27, 2014
Florence, South Carolina